No. 75–6373. THOMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6374. RIZZO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6381. CURRIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6383. WATTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6390. BROWN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6398. BEATHUNE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–6457. CHAPARRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6477. RODRIGUEZ-CAMACHO *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 75–6495. JACKSON *v.* OFFICE OF THE UNITED STATES MAGISTRATE ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–6520. McBRIDE *v.* REED, PENITENTIARY SUPERINTENDENT. C. A. 5th Cir. Certiorari denied.

No. 75–6529. KIRKMAN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 75–6533. WRIGHT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.